[No. 2082.]

W. J. *alias* W. T. HARRELL *alias* SAM PRYOR *v.* THE STATE.

SCIRE FACIAS—INDICTMENT.—All process and proceedings, including a bail bond, based upon a void indictment, are themselves void. The indictment in this case, having been presented by a so called grand jury, composed of more than twelve persons, was a nullity. The bail bond executed thereunder was, therefore, void, and can not support a judgment based thereon.

APPEAL from the District Court of Freestone. Tried below before the Hon. L. D. Bradley.

This appeal is prosecuted from a judgment upon the forfeited appearance bond of W. J. alias W. T. Harrell alias Sam Pryor, bailed under a pretended indictment charging him with cattle theft. The amount of the bond and judgment was two hundred dollars.

*A. G. Anderson,* for the appellant.

*J. H. Burts,* Assistant Attorney General, for the State.

WILLSON, JUDGE.    This appeal is from a judgment final upon a forfeited bail bond.    The bail bond was executed under a pretended indictment which had been presented by a body of fourteen persons assuming to act as a grand jury.    Such pretended indictment was a nullity, and all process and proceedings thereunder were void.    (Lott v. The State, 18 Texas Ct. App., 627; McNeese v. The State, 19 Texas Ct. App, 48; Swain and Turner v. The State, Id., 323; Williams v. The State, Id., 265.)

The judgment is reversed and the proceeding upon the bail bond is dismissed.

*Reversed and dismissed.*